

## United States District Court
## Eastern District of California

CHRISTIAN DAVID ZHUNIO MALLA

Plaintiff(s)

V.

Warden, Golden State facility, et al.,

Defendant(s)

Case Number: 1:26-cv-02402-DAD-CKD

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, JOHN GARZON _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: CHRISTIAN DANIEL ZHUNIO MALLA _____

On __April 10, 1992__ (date), I was admitted to practice and presently in good standing in the EASTERN DISTRICT OF NEW YORK _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __April 9, 2026.__   Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name:  JOHN GARZON

Law Firm Name:  LAW OFFICE OF JOHN J. GARZON

Address:  45-09 GREENPOINT AVENUE

City:  SUNNYSIDE                    State:  NY        Zip:  11104

Phone Number w/Area Code:  71843331331

City and State of Residence:  SUNNYSIDE, NEW YORK

Primary E-mail Address:  ATTYJOHNGARZON@MSN.COM

Secondary E-mail Address:  jglawfirmassistance@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:  _____

Law Firm Name:  _____

Address:  _____

_____

City:  _____  State:  _____  Zip:  _____

Phone Number w/Area Code: _____  Bar # _____

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 10, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE