UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTIAN DANIEL ZHUNIO MALLA,

Petitioner,

v.

KRISTI NOEM[1] et al.,

Defendant.

No.  1:26-cv-02402-DAD-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 1, 16)

Petitioner Christian Daniel Zhunio Malla is a federal immigration detainee proceeding through counsel with a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

---

[1]  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche, as acting Attorney General, automatically substitutes in place of respondent Pamela Bondi, and Markwayne Mullin, as Secretary of the Department of Homeland Security, automatically substitutes in place of respondent Kristi Noem.  Fed. R. Civ. P. 25(d) ("The officer's successor is automatically substituted as a party.").  Further, the court conducted a search on the Immigration and Customs Enforcement detainee locator system and observes that, as of June 18, 2026, the database indicates that petitioner is detained at the Central Valley Annex Detention Facility.  *See* U.S. Immigration and Customs Enforcement Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited June 18, 2026) (searching by entering "245984965" in A-Number field and "Ecuador" in Country of Birth field).  Accordingly, the court takes judicial notice of the fact that petitioner is presently detained at the Central Valley Annex Detention Facility.  F. R. Evid. 201.

1

On April 23, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's habeas petition be granted and that petitioner be ordered immediately released from custody.  (Doc. No. 16.)  Specifically, the magistrate judge concluded that the government's decision to re-detain petitioner without a pre-detention hearing violated due process.  (*Id.* at 2–7.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 8.)  On April 23, 2026, respondents filed objections to the pending findings and recommendations which comprise a single sentence stating that respondents object for the same reasons presented in their prior briefing.  (Doc. No. 17.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.   The findings and recommendations filed on April 23, 2026[2] (Doc. No. 16) are ADOPTED IN FULL;

2.   Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

   a.   Respondents are ORDERED to immediately release petitioner Christian Daniel Zhunio Malla, A-File No. 245-984-965, from respondents' custody under the same conditions he was subject to, if any, prior to his re-detention on or about January 22, 2026;

   b.   Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondents will

---

[2]  The court apologizes for the delay in the issuance of this order granting immediate release. Unfortunately, due to an oversight, the undersigned was unaware that the pending findings and recommendations had been issued

have the burden of establishing that petitioner is either a danger or flight risk by clear and convincing evidence;

3. The Clerk of the Court is directed to substitute Todd Blanche in place of respondent Pamela Bondi, substitute Markwayne Mullin in place of respondent Kristi Noem, and substitute the Warden of the Central Valley Annex Detention Facility in place of the Warden of the Golden State Annex Detention Facility;

4. The Clerk of Court is directed to serve the Central Valley Annex Detention Facility with a copy of this order; and

5. The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 18, 2026**   _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3